

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-18-00772-CV & 04-18-00773-CV

**EX PARTE J.A.B.**, Jr.

From the 216th Judicial District Court, Kerr County, Texas
Trial Court Nos. 18-833-A & 18-834-A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the orders of the trial court are REVERSED, and judgment is RENDERED denying the petitions for expunction. It is ORDERED that appellant, Texas Department of Public Safety, recover its costs of these appeals from appellee, J.A.B., Jr.

SIGNED October 23, 2019.

_____
Beth Watkins, Justice